```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| YUJIE DING, et al. | : | NO. 15-35 |

### ORDER

AND NOW, this 8th day of July, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Yujie Ding, joined by defendant Yuliya Zotova to strike paragraphs 37-39 of the indictment (Doc. # 62) is DENIED; and

(2) the motion of defendant is DENIED without prejudice insofar as it seeks to preclude admission of evidence at trial.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.